# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 21-5057**                     **September Term, 2022**

**1:19-cv-03700-RJL**

**Filed On: March 28, 2023** [1992139]

PayPal, Inc.,

      Appellee

    v.

Consumer Financial Protection Bureau and
Rohit Chopra, in his official capacity as
Director, Consumer Financial Protection
Bureau,

      Appellants

## **M A N D A T E**

In accordance with the judgment of February 3, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                 **FOR THE COURT:**
                                                 Mark J. Langer, Clerk

                                   BY:     /s/
                                                  Daniel J. Reidy
                                                  Deputy Clerk

Link to the judgment filed February 3, 2023